IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCINDA M. YAZZIE,

                              Plaintiff,

v.                                                 No. 10-CV-292 BB/LFG

LAW OFFICES OF FARRELL & SELDIN; and
TARGET NATIONAL BANK,

                              Defendant.

## PLAINTIFF'S MOTION TO COMPEL TARGET NATIONAL BANK

      Plaintiff Lucinda M. Yazzie moves the Court to compel Defendant Target National Bank to provide full and complete responses to her first set of written discovery. Target National Bank opposes this motion.

      Plaintiff files a brief along with this motion. In the brief, Plaintiff sets forth her efforts to work out these discovery disputes prior to the filing of this motion.

      Plaintiff requests that the Court order:

1. Target National Bank shall provide full and complete supplemental responses to Interrogatories Nos. 7, 9, 10, 11, 12, 17, 18, 20 and 23, within 10 calendar days of the order.

2. Target National Bank shall produce all documents responsive to Requests for Production Nos. 10, 11 and 14, within 10 calendar days of the order.

Respectfully submitted:

FEFERMAN WARREN & TREINEN PA, Attorneys for Plaintiff

_____
ROB TREINEN
300 Central Ave. SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)


I certify that I served a copy of the foregoing pleading by mailing the same to Jack Brant, attorney for Defendants Law Offices of Farrell & Seldin and Target National Bank, at Law Office of Jack Brant PC, 22 Tulane Dr SE, Albuquerque, New Mexico 87106-1414, on August 26, 2010.

_____
ROB TREINEN