IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCINDA M. YAZZIE,

    Plaintiff,

v.                          No. 10-CV-292 BB/LFG

LAW OFFICES OF FARRELL & SELDIN,

    Defendant.

## VERDICT

1. Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for violation of the Fair Debt Collection Practices Act?

   __X__ Yes                          _____ No

2. Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for violation of the Unfair Practices Act?

   __X__ Yes                          _____ No

3. Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for tortious debt collection?

   __X__ Yes                          _____ No

If you answered no to the foregoing questions, then the Foreperson should sign and date the verdict form and advise the Court that the jury has reached a verdict.

If you answered yes to any of Questions Nos. 1, 2 or 3, above, then please answer the following question.

4. Was the Law Offices of Farrell & Seldin's violation of the Fair Debt Collection Practices Act, or the Unfair Practices Act, or its commission of tortious debt collection, a proximate cause of any damages to Plaintiff?

__X__ Yes  _____ No

If you answered no to Question No. 4, then the Foreperson should sign and date the verdict form and advise the Court that the jury has reached a verdict.

If you answered yes to Question No. 4, then you may award actual and compensatory damages to Plaintiff.

We award the following amounts of actual and compensatory damages:

$161,000

If you answered yes to Question No. 3 above, then you may award punitive damages.

We award the following amount of punitive damages: $1,100,000

If you answered yes to Question No. 2 above, then please answer the following question.

Did the Law Offices of Farrell & Seldin act wilfully in the actions that resulted in the violation of the Unfair Practices Act?

__X__ Yes  _____ No

███████████████
SIGNATURE OF FOREMAN

JULY 29, 2011
DATE

2