IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCINDA M. YAZZIE,

      Plaintiff,

v.                               No. 10-CV-292 BB/LFG

LAW OFFICES OF FARRELL & SELDIN,

      Defendant.

## V E R D I C T

1.    Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for violation of the Fair Debt Collection Practices Act?

        ____X____ Yes                        _____ No

2.    Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for violation of the Unfair Practices Act?

        ____X____ Yes                        _____ No

3.    Has Plaintiff proven her claim against the Law Offices of Farrell & Seldin for tortious debt collection?

        ____X____ Yes                        _____ No

If you answered no to the foregoing questions, then the Foreperson should sign and date the verdict form and advise the Court that the jury has reached a verdict.

If you answered yes to any of Questions Nos. 1, 2 or 3, above, then please answer the following question.

4.   Was the Law Offices of Farrell & Seldin's violation of the Fair Debt Collection Practices Act, or the Unfair Practices Act, or its commission of tortious debt collection, a proximate cause of any damages to Plaintiff?

___X___ Yes                    _____ No

If you answered no to Question No. 4, then the Foreperson should sign and date the verdict form and advise the Court that the jury has reached a verdict.

If you answered yes to Question No. 4, then you may award actual and compensatory damages to Plaintiff.

We award the following amounts of actual and compensatory damages:

_$ 161,000_

If you answered yes to Question No. 3 above, then you may award punitive damages.

We award the following amount of punitive damages: _$ 1,100,000_

If you answered yes to Question No. 2 above, then please answer the following question.

Did the Law Offices of Farrell & Seldin act wilfully in the actions that resulted in the violation of the Unfair Practices Act?

___X___ Yes                    _____ No

████████████████

SIGNATURE OF FOREMAN

_JULY 29, 2011_
DATE

2