IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

**LUCINDA M. YAZZIE,**

      **Plaintiff,**

v.                                                            No. CIV 10-292 BB/LFG

**LAW OFFICES OF FARRELL & SELDIN**
**and TARGET NATIONAL BANK,**

      **Defendants.**

## J U D G M E N T

      **THIS MATTER** having come on for a trial on the merits before the Court and a Jury on July 26, 27, 28 and 29, 2011, and the issues having been duly tried, and the Jury having duly rendered its verdict;

    Now, therefore,

    IT IS ORDERED, ADJUDGED AND DECREED as follows:

    1.     Plaintiff LUCINDA M. YAZZIE be awarded the sum of $161,000.00 in compensatory damages and $1,100,000.00 in punitive damages.

    DATED this 19th day of August, 2011.

                                                               _____
                                                                **BRUCE D. BLACK**
                                                                **United States District Judge**