IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCINDA M. YAZZIE,

    Plaintiff,

v.                                                     No. 10-CV-292 BB/LFG

LAW OFFICES OF FARRELL & SELDIN,

    Defendant.

## ORDER TO RESET DEADLINES

    Plaintiff Lucinda M. Yazzie and Defendant Law Offices of Farrell & Seldin jointly moved the Court to reset deadlines in light of a settlement reached between the Parties.

    THE COURT FINDS that the motion is well taken.

    IT IS ORDERED that the deadlines to file motions for attorney fees or to tax costs and to post a supersedeas bond shall be reset to September 20, 2011, and execution on the judgment shall be stayed until September 20, 2011.

_____
HONORABLE BRUCE D. BLACK
District Court Judge

Approved as to form:

TREINEN LAW OFFICE, Attorneys for Plaintiff

_____
ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)

LAW OFFICE OF JACK BRANT PC, Attorneys for Defendant

*Approved by email dated 8/31/11*

_____
JACK BRANT
22 Tulane Dr SE
Albuquerque, New Mexico 87106-1414
(505) 232-5300
(505) 232-5335 (fax)