IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCINDA M. YAZZIE,

      Plaintiff,

v.                                                              No. 10-CV-292 BB/LFG

LAW OFFICES OF FARRELL & SELDIN,

      Defendant.

## SATISFACTION OF JUDGMENT

Plaintiff Lucinda M. Yazzie, though her counsel, hereby certifies that the judgment entered in her favor by this Court on August 19, 2011, has been discharged by payment in an amount fully satisfactory to Plaintiff and that Plaintiff has no further claim against Defendants under the judgment.

Respectfully submitted,

TREINEN LAW OFFICE, Attorneys for Plaintiff

_____
ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)


I certify that I served a copy of the foregoing pleading by mailing the same via first class mail, postage prepaid, to Jack Brant, attorney for Defendant Law Offices of Farrell & Seldin, at Law Office of Jack Brant PC, 22 Tulane Dr SE, Albuquerque, New Mexico 87106-1414; and to Edward Ricco, attorney for Defendant Law Offices of Farrell & Seldin, at Rodey, Dickason, Sloan, Akin & Robb, P.A., 201 Third St. NW, Suite 2200, Albuquerque, NM 87102 on September 20, 2011.

_____
ROB TREINEN